NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DIEGO GONZALEZ-GARCIA,       )
        )
      Appellant,       )
        )
v.        )     Case No. 2D17-84
        )
STATE OF FLORIDA,       )
        )
      Appellee.      )
_____)

Opinion filed October 26, 2018.

Appeal from the Circuit Court for Sarasota
County; Thomas Krug, Judge.

Howard L. Dimmig, II, Public Defender and
J.L. Perez, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Wendy Buffington,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


Affirmed.


KHOUZAM, LUCAS, and SALARIO, JJ., Concur.